# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO.: 5:04-CR-125-BO-1

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | )   **REASSIGNMENT ORDER** |
| | ) |
| Roderick Ragland | ) |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable Malcolm J. Howard, Senior U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **5:04-CR-125-H-1.**

SO ORDERED, this the 25th day of July, 2012.

*/s/ Julie A. Richards*
Clerk of Court